GARY M. RESTAINO
United States Attorney
District of Arizona

AMY C. CHANG
Arizona State Bar No. 027566
Email: Amy.Chang@usdoj.gov
M. BRIDGET MINDER
Arizona State Bar No. 023356
Email: Bridget.Minder@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**May 01 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00680-PHX-DJH (JZB) |
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | **VIO:** 18 U.S.C. § 371<br>(Conspiracy) |
| Jordan Persad, | |
| Defendant. | |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

1. From at least March 2021 to September 2022, in the District of Arizona and elsewhere, defendant JORDAN PERSAD and others conspired and schemed to commit computer fraud in violation of 18 U.S.C. § 1030(a)(4) by knowingly accessing, without authorization, cellular telephones, email accounts, and internet-based cryptocurrency accounts belonging to victims in Arizona and elsewhere and stealing cryptocurrency from these victims' accounts.

2. In furtherance of the conspiracy, and to effect the objects of the conspiracy, JORDAN PERSAD committed the following overt act, among others:  On or about April 4, 2022, PERSAD gained unauthorized access to an internet-based cryptocurrency account belonging to Arizona resident J.D. Together with his co-conspirators, PERSAD transferred

approximately $28,000 worth of cryptocurrency from J.D.'s cryptocurrency account to cryptocurrency accounts used or controlled by PERSAD and/or his co-conspirators.

All in violation of Title 18, United States Code, Section 371.

Dated this 27th day of April, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/*

AMY C. CHANG
M. BRIDGET MINDER
Assistant U.S. Attorneys