

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | CR-23-00680-PHX-DJH (JZB) |
| vs. | |
| Jordan Persad, | |
| Defendant. | |

Jordan Persad, the above-named defendant, who is accused of Conspiracy to Commit Computer Fraud, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Jordan Persad
Defendant

_____
Mark J. O'Brien
Counsel for Defendant

Date     4/27/2023