☒ FILED   ☐ LODGED

**May 01 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jordan Persad,<br><br>    Defendant. | No. CR-23-00680-PHX-DJH (JZB)<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 28th day of April, 2023.

_____
Jordan Persad
Defendant

_____
Mark J. O'Brien
Counsel for Defendant

_____
Amy C. Chang
M. Bridget Minder
Assistant U.S. Attorneys