UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No.:   2:23-CR-00680-DJH |
| | : | |
| | : | |
| JORDAN PERSAD | : | |
| _____ | : | |

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel, on behalf of the Defendant, JORDAN PERSAD, and files his notice of appearance as pro hac vice counsel of record. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions, and all other matters pertaining to this case be sent to the physical and email address set forth below.

    Respectfully submitted,

    By: /s/ Mark J. O'Brien
    Mark J. O'Brien, Esquire
    Florida Bar No.: 0160210
    511 West Bay Street
    Suite 330
    Tampa, Florida 33606
    T:   (813) 228-6989
    E:   mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
