UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.:   2:23-CR-00680-DJH |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | MOTION TO CONTINUE |
| | : | SENTENCING |
| | : | (First Request) |
| | : | (Defendant out of Custody) |
| | : | |
| JORDAN PERSAD | : | |
| Defendant | : | |
| _____ | : | |

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW, undersigned counsel, on behalf of the Defendant, JORDAN PERSAD, and files his unopposed motion to continue sentencing pursuant to 18 U.S.C. Section 3167(h)(7)(A), to continue sentencing set for August 14, 2023, for a period of at least 60 days. The reasons for this request are as follows: 1) The parties are working through defense objections, and other minor factual, legal, and potentialvariance issues, with the draft presentence investigation report, 2) Additional mitigation evidence is being investigated and pursued by the defense to be presented in advance of sentencing, and 3) Undersigned counsel recently learned that his wife is taking him on a surprise (but preplanned and prepaid on her part) trip out of the country during the date of sentencing to celebrate undersigned

counsel turning a half century year's old. Therefore, for the reasons stated, additional time is need in which to prepare the Defendant's case for sentencing.

Undersigned counsel discussed this motion to continue sentencing with the government prior to its filing. Assistant United States Attorneys Amy C. Chang and Bridget Minder do not oppose this request for a continuance.

This motion to continue sentencing was filed prior to the start of fourteen (14) days from the current day of sentencing.

Undersigned counsel expects that excludable delay under Title 18 U.S.C. Section 3167)h)(7)(A) may occur as a result of this motion or from an order based therein.

RESPECTFULLY SUBMITTED this 23rd day of July, 2023.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:    (813) 228-6989
E:    mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 23, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire