UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff | : <br> : <br> : <br> : | Case No.:   2:23-CR-00680-DJH <br><br> **ORDER** |
| v. | : <br> : <br> : <br> : <br> : | |
| JORDAN PERSAD<br>　　Defendant<br>_____ | : <br> : <br> : | |

　　Based upon the motion of the Defendant, Jordan Persad, by and through his undersigned counsel, and good cause appearing:

　　**IT IS ORDERED** granting the Defendant's Unopposed Motion to Continue Sentencing.

　　**IT IS FURTHER ORDERED** continuing the sentencing date from August 14, 2023 to _____ _____, 2023.

　　Excludable delay under 18 U.S.C. § 3161(h) _____ is found to commence from _____ _____, 2023 through _____ _____, 2023.

　　Dated this the  _____ of _____, 2023.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THE HON. DIANE J. HUMETEWA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge